UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF TAYLOR GENERAL EMPLOYEES RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>SANOFI-AVENTIS, et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 1:07-cv-10279-GBD<br><br>CLASS ACTION |
| CARRIE SMITH, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>SANOFI-AVENTIS, et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 1:08-cv-00021-UA<br><br>CLASS ACTION |

THE CITY OF EDINBURGH COUNCIL ON BEHALF OF THE LOTHIAN PENSION FUND AND NEW ENGLAND CARPENTERS GUARANTEED ANNUITY FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF LEAD COUNSEL AND CONSOLIDATION OF RELATED ACTIONS

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that putative class members the City of Edinburgh Council on Behalf of the Lothian Pension Fund and New England Carpenters Guaranteed Annuity Fund (the "Global Funds") will and hereby do move this Court on a date and at such time as may be designated by the Court, at 500 Pearl Street, New York, NY 10007, for an order: (1) appointing the Global Funds as lead plaintiff pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995; (2) approving the Global Funds' selection of Coughlin Stoia Geller Rudman & Robbins LLP to serve as lead counsel; and (3) consolidating the above-captioned actions. In support of this motion, the Global Funds submit the accompanying memorandum of law and the Affidavit of David A. Rosenfeld.

DATED: January 14, 2008
COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

s/ David A. Rosenfeld
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
RAMZI ABADOU
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)1

[Proposed] Lead Counsel for Plaintiffs

S:\CasesSD\Sanofi-Aventis\NOT00048340-LP.doc

CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 14, 2008.

          s/ David A. Rosenfeld
          DAVID A. ROSENFELD

          COUGHLIN STOIA GELLER
             RUDMAN & ROBBINS LLP
          58 South Service Road, Suite 200
          Melville, NY  11747
          Telephone:  631/367-7100
          631/367-1173 (fax)

          E-mail:  drosenfeld@csgrr.com

# Mailing Information for a Case 1:07-cv-10279-GBD

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **David Avi Rosenfeld**
  drosenfeld@csgrr.com,e_file_ny@csgrr.com,amartin@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)