| *Attorney or Party without Attorney:*<br>David A. Rosenfeld, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>*Telephone No:* 631-367-7100    *FAX No:* 631-367-1173 | *For Court Use Only* |
|---|---|
| *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Southern District Of New York | |
| *Plaintiff:* City of Taylor General Employees Retirement System, et al<br>*Defendant:* Sanofi-Aventis, et al | |

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>07CV10279 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint for Violation fo the Federal Securities Laws

3. a. Party served:    Sanofi-Aventis
   b. Person served:   Jason Steinhart, Corporate Counsel / Authorized to Accept Service

4. Address where the party was served:    55 Corporate Drive
                                          Bridgewater, NJ 08807

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jan. 18, 2008 (2) at: 2:00PM

7. **Person Who Served Papers:**
   a. Carlos Perez
   b. **Class Action Research &**
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

1/29/08
*(Date)*

*(Signature)*

8. *SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.*

   My Commission Expires_____
                    *(Date)*

   ROBERT OPPELLI
   Notary Public of New Jersey
   My Commission Expires Oct. 6, 2008

**AFFIDAVIT OF SERVICE**
**Summons & Complaint**

*(Notary Public)*    1/29/08

daros.102177