COURTESY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: FEB 13 2008*

---------------------------------------- x

CITY OF TAYLOR GENERAL : Civil Action No. 1:07-cv-10279
EMPLOYEES RETIREMENT SYSTEM, On :
Behalf of Itself and All Others Similarly : CLASS ACTION
Situated, :
: MOTION TO ADMIT COUNSEL *PRO HAC*
          Plaintiff, : *VICE*
:
  vs. :
:
SANOFI-AVENTIS, et al., :
:
          Defendants. :
           : x

---------------------------------------- 

**MOTION GRANTED**

*/s/ George B. Daniels*
JUDGE GEORGE B. DANIELS  FEB 1 3 2008

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Samuel H. Rudman, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission, *pro hac vice*, of:

> Trig Randall Smith
> COUGHLIN STOIA GELLER RUDMAN
>   & ROBBINS LLP
> 655 West Broadway, Suite 1900
> San Diego, CA 92101
> Telephone: 619/231-1058
> 619/231-7423 (fax)

Trig Randall Smith is a member in good standing of the Bars of the States of Colorado and California (Certificates of Good Standing attached hereto as Exhibit A), as well as the United States District Court of the Southern District of California. There are no pending disciplinary proceedings against Trig Randall Smith in any State or Federal court.

DATED: February 7, 2008

> COUGHLIN STOIA GELLER
>   RUDMAN & ROBBINS LLP
> SAMUEL H. RUDMAN
> DAVID A. ROSENFELD
>
> /s/ Samuel H. Rudman
> _____
> SAMUEL H. RUDMAN
>
> 58 South Service Road, Suite 200
> Melville, NY 11747
> Telephone: 631/367-7100
> 631/367-1173 (fax)
>
> Attorneys for Plaintiff

- 1 -

## CERTIFICATE OF SERVICE

I, Samuel H. Rudman, hereby certify that on February 7, 2008, I caused a true and correct copy of the attached:

Motion to Admit Counsel *Pro Hac Vice*; and

Affidavit of Samuel H. Rudman in Support of Motion to Admit Counsel *Pro Hac Vice*.

to be: (i) filed by hand with the Clerk of the Court; and (ii) served by first-class mail to all counsel on the attached service list.

                                                                                     */s/ Samuel H. Rudman*
                                                                                      Samuel H. Rudman

SANOFI-AVENTIS

Service List - 1/29/2008   (07-0246)

Page 1 of 1

**Counsel For Defendant(s)**

Legal Department
Sanofi-Aventis
174, avenue de France
Paris, 75013.

**Counsel For Plaintiff(s)**

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY 11501
   516/741-4977
   516/741-0626(Fax)

Samuel H. Rudman
David A. Rosenfeld
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
   631/367-7100
   631/367-1173(Fax)

Ramzi Abadou
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
   619/231-1058
   619/231-7423(Fax)

Richard A. Maniskas
D. Seamus Kaskela
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
   610/667-7706
   610/667-7056(Fax)

# EXHIBIT A

# SUPREME COURT
## State of Colorado

STATE OF COLORADO, ss:

I, **Susan J. Festag**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**TRIG R SMITH**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **15th** day of **May** A.D. **2001** and that at the date hereof the said **TRIG R SMITH** is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **1st** day of **February** A.D. **2008**

Susan J. Festag
Clerk

By _Carla [signature]_
Deputy Clerk

# THE STATE BAR OF CALIFORNIA

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

January 31, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, TRIG RANDALL SMITH, #237399 was admitted to the practice of law in this state by the Supreme Court of California on June 20, 2005; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records