*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: FEB 13 2008*

*COURTESY COPY*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
CITY OF TAYLOR GENERAL              : Civil Action No. 1:07-cv-10279
EMPLOYEES RETIREMENT SYSTEM, On     :
Behalf of Itself and All Others Similarly : CLASS ACTION
Situated,                           :
                                    : MOTION TO ADMIT COUNSEL *PRO HAC*
            Plaintiff,              : *VICE*
                                    :
    vs.                             :
                                    :
SANOFI-AVENTIS, et al.,             :
                                    :
            Defendants.             :
                                    x
---------------------------------------

MOTION GRANTED

*/s/ George B. Daniels*
JUDGE GEORGE B. DANIELS    FEB 13 2008

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Samuel H. Rudman, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission, *pro hac vice*, of:

>   Tor Gronborg
>   COUGHLIN STOIA GELLER RUDMAN
>     & ROBBINS LLP
>   655 West Broadway, Suite 1900
>   San Diego, CA 92101
>   Telephone: 619/231-1058
>   619/231-7423 (fax)

Tor Gronborg is a member in good standing of the Bar of the State of California (Certificate of Good Standing attached hereto as Exhibit A), as well as the United States District Courts of the Northern, Central and Southern Districts of California. There are no pending disciplinary proceedings against Tor Gronborg in any State or Federal court.

DATED: February 7, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

_____
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Samuel H. Rudman, hereby certify that on February 7, 2008, I caused a true and correct copy of the attached,

Motion to Admit Counsel *Pro Hac Vice*; and

Affidavit of Samuel H. Rudman in Support of Motion to Admit Counsel *Pro Hac Vice*,

to be: (i) filed by hand with the Clerk of the Court; and (ii) served by first-class mail to all counsel on the attached service list.

/s/ *Samuel H. Rudman*
Samuel H. Rudman

SANOFI-AVENTIS
Service List - 1/29/2008   (07-0246)
Page 1 of 1

**Counsel For Defendant(s)**

Legal Department
Sanofi-Aventis
174, avenue de France
Paris, 75013,

**Counsel For Plaintiff(s)**

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY 11501
  516/741-4977
  516/741-0626(Fax)

Samuel H. Rudman
David A. Rosenfeld
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
  631/367-7100
  631/367-1173(Fax)

Ramzi Abadou
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
  619/231-1058
  619/231-7423(Fax)

Richard A. Maniskas
D. Seamus Kaskela
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
  610/667-7706
  610/667-7056(Fax)

# EXHIBIT A

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE 888-800-3400

January 31, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, TOR GRONBORG, #179109 was admitted to the practice of law in this state by the Supreme Court of California on December 7, 1995; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*[signature]*

Kath Lambert
Custodian of Membership Records