UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
In re SANOFI-AVENTIS SECURITIES    : Civil Action No. 1:07-cv-10279-GBD
LITIGATION                          :
                                    : <u>CLASS ACTION</u>
———————————————————— :
This Document Relates To:           :
                                    :
    ALL ACTIONS.                    :
———————————————————— x



MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Samuel H. Rudman, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission, *pro hac vice*, of:

>Laurie L. Largent
>COUGHLIN STOIA GELLER RUDMAN
> & ROBBINS LLP
>655 West Broadway, Suite 1900
>San Diego, CA 92101
>Telephone: 619/231-1058
>Fax: 619/231-7423
>Email: llargent@csgrr.com

Laurie L. Largent is a member in good standing of the State Bar of California (Certificate of Good Standing attached hereto as Exhibit A), as well as the Northern, Southern, and Central Districts of California, and the Ninth Circuit Court of Appeals. There are no pending disciplinary proceedings against Laurie L. Largent in any State or Federal Court.

DATED: March 13, 2008

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN

_____
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

        COUGHLIN STOIA GELLER
          RUDMAN & ROBBINS LLP
        TOR GRONBORG
        TRIG R. SMITH
        LAURIE L. LARGENT
        655 West Broadway, Suite 1900
        San Diego, CA 92101
        Telephone: 619/231-1058
        619/231-7423 (fax)

        Lead Counsel for Plaintiffs

S:\CasesSD\Sanofi-Aventis\mot00049733.doc

## CERTIFICATE OF SERVICE

I, Samuel H. Rudman, hereby certify that on March 13, 2008, I caused a true and correct copy of the attached:

Motion to Admit Counsel *Pro Hac Vice*; and

Affidavit of Samuel H. Rudman in Support of Motion to Admit Counsel *Pro Hac Vice*,

to be: (i) filed by hand with the Clerk of the Court; and (ii) served by first-class mail to all counsel on the attached service list.

Samuel H. Rudman

SANOFI-AVENTIS
Service List - 3/12/2008   (07-0246)
Page 1 of 1

**Counsel For Defendant(s)**

Lewis J. Liman
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006
    212/225-2000
    212/225-3999(Fax)

**Counsel For Plaintiff(s)**

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY  11501
    516/741-4977
    516/741-0626(Fax)

Samuel H. Rudman
David A. Rosenfeld
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
    631/367-7100
    631/367-1173(Fax)

Ramzi Abadou
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
    619/231-1058
    619/231-7423(Fax)

Richard A. Maniskas
D. Seamus Kaskela
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087
    610/667-7706
    610/667-7056(Fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re SANOFI-AVENTIS SECURITIES  : Civil Action No. 1:07-cv-10279-GBD
LITIGATION                       :
                                 : CLASS ACTION
-------------------------------  :
                                 :
This Document Relates To:        :
                                 :
    ALL ACTIONS.              :
                                 :
------------------------------------------------------- x

AFFIDAVIT OF SAMUEL H. RUDMAN IN SUPPORT OF MOTION TO ADMIT COUNSEL
*PRO HAC VICE*

SAMUEL H. RUDMAN, being duly sworn, deposes and says ass follows:

1. I am a member of Coughlin Stoia Geller Rudman & Robbins LLP, Lead Counsel for plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of plaintiff's motion to admit Laurie L. Largent as counsel, *pro hac vice*, to represent plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in May 1993. I am also admitted to the bar of the United States District Court for the southern District of New York, and am in good standing with this Court.

3. Ms. Largent is an associate at Coughlin Stoia Geller Rudman & Robbins LLP, in San Diego, California.

4. I have found Ms. Largent to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move for the admission of Laurie L. Largent, *pro hac vice*.

6. I respectfully submit a proposed order granting the admission of Laurie L. Largent *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Laurie L. Largent, *pro hac vice*, to represent plaintiff in the above-captioned matter, be granted.

DATED: March 3, 2008

SAMUEL H. RUDMAN

# Exhibit A

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639

TELEPHONE: 888-800-3400

March 10, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, LAURIE LARGENT, #153493 was admitted to the practice of law in this state by the Supreme Court of California on June 10, 1991; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re SANOFI-AVENTIS SECURITIES LITIGATION | : Civil Action No. 1:07-cv-10279-GBD |
| | : <u>CLASS ACTION</u> |
| This Document Relates To: | : |
| ALL ACTIONS. | : |

[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Samuel H. Rudman, attorney for plaintiff City of Edinburgh Council on Behalf of the Lothian Pension Fund and New England Carpenters Guaranteed Annuity Fund, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

>Laurie L. Largent
>COUGHLIN STOIA GELLER RUDMAN
> & ROBBINS LLP
>655 West Broadway, Suite 1900
>San Diego, CA 92101
>Telephone: 619/231-1058
>Fax: 619/231-7423
>Email: llargent@csgrr.com

is admitted to practice, *pro hac vice*, as counsel for plaintiff City of Edinburgh Council on Behalf of the Lothian Pension Fund and New England Carpenters Guaranteed Annuity Fund in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED: March __, 2008

_____
THE HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

S:\CasesSD\Sanofi-Aventis\ord00049742.doc