UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 17 2008

_____ x

In re SANOFI-AVENTIS SECURITIES          :     Civil Action No. 1:07-cv-10279-GBD
LITIGATION                               :
                                         :     CLASS ACTION
_____      :
                                         :
This Document Relates To:                :
                                         :
      ALL ACTIONS.                       :
_____ x

[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Samuel H. Rudman, attorney for plaintiff City of Edinburgh Council on

Behalf of the Lothian Pension Fund and New England Carpenters Guaranteed Annuity Fund, and

said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

> Laurie L. Largent
> COUGHLIN STOIA GELLER RUDMAN
>  & ROBBINS LLP
> 655 West Broadway, Suite 1900
> San Diego, CA 92101
> Telephone: 619/231-1058
> Fax: 619/231-7423
> Email: llargent@csgrr.com

is admitted to practice, *pro hac vice*, as counsel for plaintiff City of Edinburgh Council on Behalf of

the Lothian Pension Fund and New England Carpenters Guaranteed Annuity Fund in the above-

captioned case in the United States District Court for the Southern District of New York.  All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov.

Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED: March __, 2008

MAR 1 7 2008
S:\CasesSD\Sanofi-Aventis\ord00049742.doc

THE HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE
HON. GEORGE B. DANIELS

- 1 -