UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



———————————————————— x
CITY OF TAYLOR GENERAL               :  Civil Action No. 1:07-cv-10279
EMPLOYEES RETIREMENT SYSTEM, On      :
Behalf of Itself and All Others Similarly :  CLASS ACTION
Situated,                            :
                                     :  [PROPOSED] ORDER FOR ADMISSION
                 Plaintiff,          :  *PRO HAC VICE* ON WRITTEN MOTION
                                     :
     vs.                             :
                                     :
SANOFI-AVENTIS, et al.,              :
                                     :
                 Defendants.         :
———————————————————— x

Upon the motion of Samuel H. Rudman, attorney for plaintiff City of Edinburgh Council on Behalf of the Lothian Pension Fund and New England Carpenters Guaranteed Annuity Fund, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

>Tor Gronborg
>COUGHLIN STOIA GELLER RUDMAN
>  & ROBBINS LLP
>655 West Broadway, Suite 1900
>San Diego, CA 92101
>Telephone: 619/231-1058
>619/231-7423 (fax)
>E-mail: Torg@csgrr.com

is admitted to practice, *pro hac vice*, as counsel for plaintiff City of Edinburgh Council on Behalf of the Lothian Pension Fund and New England Carpenters Guaranteed Annuity Fund in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

DATED: February ___, 2008

_____
THE HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

- 1 -