| Attorney or Party without Attorney:<br>Samuel H. Rudman, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY  11747<br>Telephone No: 631-367-7100    FAX No: 631-367-1173<br><br>Ref. No. or File No.:<br><br>Attorney for: Plaintiff | For Court Use Only |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Southern District Of New York

Plaintiff: In re: Sanofi-Aventis Securities Litigation
Defendant:

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV10279GBD |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Consolidated Complaint

3. a. Party served:        Douglas A. Greene

4. Address where the party was served:   51 Darren Drive
   Basking Ridge, NJ  07920

5. I served the party:
   b. **by substituted service.** On: Wed., May. 14, 2008 at: 2:05PM by leaving the copies with or in the presence of:
   Sarah Greene, Wife / Co-Occupant
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*
   a. James Swickle
   b. **Class Action Research &**
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA  95663
   c. (866) 663-9590, FAX (866) 663-4955

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of New Jersey that the foregoing is true and correct.

   5/15/08
   (Date)                    (Signature)

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

   My Commission Expires  MARIA WEINGARTNER
   NOTARY PUBLIC OF NEW JERSEY
   Commission Expires 3/14/2013

   *maria Weingartner*
   (Notary Public)

   AFFIDAVIT OF SERVICE
   Summons & Complaint

   sarud.103016

| *Attorney or Party without Attorney:*<br>Samuel H. Rudman, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY  11747<br>*Telephone No:* 631-367-7100   *FAX No:* 631-367-1173 | | | | | *For Court Use Only* |
|---|---|---|---|---|---|
| | | *Ref. No or File No.:* | | | |
| *Attorney for:* Plaintiff | | | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Southern District Of New York | | | | | |
| *Plaintiff:* In re: Sanofi-Aventis Securities Litigation<br>*Defendant:* | | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>07CV10279GBD | |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons in a Civil Case; Class Action Consolidated Complaint

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:         Wed., May. 14, 2008
   b. Place of Mailing:        Penryn, CA  95663
   c. Addressed as follows:    Douglas A. Greene
                               51 Darren Drive
                               Basking Ridge, NJ  07920

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., May. 14, 2008 in the ordinary course of business.

5. Person Serving:                                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Janis Dingman                        d. *The Fee for Service was:*
   b. Class Action Research &              e. I am: (3) registered California process server
      Litigation Support Services, Inc.         (i)   Independent Contractor
      P O Box 740                               (ii)  Registration No.:    2005-27
      Penryn, CA  95663                         (iii) County:              Sacramento
   c. (866) 663-9590, FAX (866) 663-4955        (iv)  Expiration Date:     Wed, Apr. 29, 2009

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Wed, May. 14, 2008

   **Judicial Council Form**                    **PROOF OF SERVICE**                 (Janis Dingman)
   **Rule 982.9.(a)&(b) Rev January 1, 2007**        **By Mail**                                     sarud.103016