UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

In re SANOFI-AVENTIS SECURITIES : Civil Action No. 1:07-cv-10279-GBD
LITIGATION :
: CLASS ACTION
:
This Document Relates To: :
:
ALL ACTIONS. :
:
------------------------------------------------------------ x

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF NEW YORK    )
                     : ss:
COUNTY OF SUFFOLK    )

Kelly Stadelmann, being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides in Nassau County, New York.

That on April 29, 2008, deponent served the Consolidated Complaint upon:

Lewis Liman
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

the address designated by said attorneys for that purpose by depositing a true copy of same enclosed in a sealed envelope via U.S. Postal Service, under the exclusive care and custody of the United States Postal Service within New York State.

_____
KELLY STADELMANN

Sworn to before me this
5th day of June 2008

_____
NOTARY PUBLIC

CHRISTINE STELLA
Notary Public, State of New York
No. 4666992
Qualified in Suffolk County
Term Expires June 30, 2010