UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: SANOFI-AVENTIS SECURITIES LITIGATION | 07-CV-10279 (GBD) |
| | CLASS ACTION |
| This document relates to: | ECF CASE |
| ALL ACTIONS | **CERTIFICATE OF SERVICE** |

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

1. On the 30th day of June 2008, the Notice of Defendants' Motion to Dismiss the Amended Complaint including the Declaration of S. Christopher Provenzano, dated June 30, 2008 and including Exhibit A through Exhibit LL; and the Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint were served by Federal Express upon:

>Samuel H. Rudman
>Coughlin Stoia Geller Rudman & Robins LLP
>58 South Service Road, Suite 200
>Melville, New York 11747

>Trig Smith
>Coughlin Stoia Geller Rudman & Robins LLP
>655 West Broadway, Suite 1900
>San Diego, CA  92101-3301

      2.  This service was made by an assistant managing clerk of this firm under my general supervision.

Dated:   New York, New York
          July 1, 2008

                                                            s/Richard V. Conza
                                                              Richard V. Conza