UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: SANOFI-AVENTIS SECURITIES LITIGATION | 07-CV-10279 (GBD) |
| | <u>CLASS ACTION</u> |
| This document relates to: | ECF CASE |
| ALL ACTIONS | |

**DEFENDANT HANSPETER SPEK'S JOINDER IN
THE MOTION TO DISMISS THE AMENDED COMPLAINT
<u>FILED BY DEFENDANTS SANOFI-AVENTIS AND DOUGLAS GREENE</u>**

Defendant Hanspeter Spek respectfully joins in the motion by defendants sanofi-aventis ("sanofi") and Douglas Greene to dismiss the amended complaint filed by lead plaintiffs City of Edinburgh Council of the Lothian Pension Fund and New England Carpenters Guaranteed Annuity Fund in the above-captioned action (the "Amended Complaint"), filed on June 30, 2008, Docket No. 23. To avoid duplication, defendant Hanspeter Spek incorporates by reference the Memorandum Of Law In Support Of Defendants' Motion To Dismiss The Amended Complaint, Docket No. 27, the Declaration Of S. Christopher Provenzano In Support Of Defendants' Motion To Dismiss The Amended Complaint and the exhibits thereto, Docket Nos. 24-26, and any subsequent filings in support of the motion.

## **CONCLUSION**

For the reasons expressed in the Memorandum Of Law In Support Of Defendants' Motion To Dismiss The Amended Complaint, Docket No. 27, the Amended Complaint should be dismissed with prejudice in its entirety with respect to all defendants, including defendant Hanspeter Spek.

Dated:  July 7, 2008

                               CLEARY GOTTLIEB STEEN & HAMILTON LLP

                               By: _____
                                    Lewis J. Liman, Esq.

One Liberty Plaza
New York, New York, 10006
T: (212) 225-2000
F: (212) 225-3999

Attorneys for defendants sanofi-aventis,
Douglas Greene and Hanspeter Spek

Of Counsel:
  S. Christopher Provenzano