UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: SANOFI-AVENTIS SECURITIES LITIGATION | 07-CV-10279 (GBD) <br><br> <u>CLASS ACTION</u> |
| This document relates to: <br><br> ALL ACTIONS | **ECF CASE** <br><br> <u>**CERTIFICATE OF SERVICE**</u> |

      I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

      1. On the 7th day of July 2008, Defendant Hanspeter Spek's Joinder in the Motion to Dismiss the Amended Complaint filed by Defendants Sanofi-Aventis and Douglas Greene, dated July 7, 2008 is being served by Federal Express upon:

      Samuel H. Rudman
      Coughlin Stoia Geller Rudman & Robins LLP
      58 South Service Road, Suite 200
      Melville, New York 11747

      Trig Smith
      Coughlin Stoia Geller Rudman & Robins LLP
      655 West Broadway, Suite 1900
      San Diego, CA  92101-3301

2

      2. This service is being made by an assistant managing clerk of this firm under my general supervision.

Dated:   New York, New York
           July 7, 2008

                                                            s/Richard V. Conza
                                                              Richard V. Conza

Case 1:07-cv-10279-GBD   Document 31   Filed 07/08/2008   Page 2 of 2