*S.C.P.*
*Benjamin et Anthony*
**CHAPLAIS**
-------
*Associated Huissiers*
-------
*32 Av. Charles Floquet*
*75007 PARIS*

*Tel. 01.53.58.33.60*
*Fax 01.53.58.33.61*
*chaplais.huis@orange.fr*

*References to be used*
Cor: 59, MD: 7357
SL

DEED OF SERVICE

Cor: 59, MD: 7357

SECOND ORIGINAL

Writ: 13681

### SERVICE OF A JUDICIAL DOCUMENT FROM THE UNITED STATES

IN THE YEAR TWO THOUSAND EIGHT AND ON JUNE SEVENTEENTH

I, the undersigned, a member of civil-law professional partnership Benjamin et Anthony CHAPLAIS, qualified to practice the profession of Huissiers, attached to the Regional Court in PARIS, therein residing at 32 Avenue Charles Floquet in the 7th district in Paris

**TO:**

**Mr. Hans Peter SPEK**, domiciled at 4 Square de la Tour Maubourg 75007 PARIS
Where I was and spoke to, as stated in the attached affidavit of service.

**AT THE REQUEST OF:**

**Mrs. Diane K. Myers**, APS INTERNATIONAL, LTD., APS International Plaza, 7800 Glenroy Road, MINNEAPOLIS, MINNESOTA 55439-3122 USA.

Electing address for service at my practice

**I AM SERVING UPON YOU AND DELIVERING TO YOU A COPY:**

Of a writ from the United States, drawn up in the following language: English

The writ is accompanied by its translation into French: [*] yes – [ ] no.

This writ includes the following documents:

- Summons in a Civil Action
- Consolidated Complaint for Violation of Securities
- Laws
- Summary of the Documents to be Served
- Translations

SECOND ORIGINAL

Benjamin CHAPLAIS  -  Anthony CHAPLAIS

SCP Huissiers  
32 Av. Charles Floquet  
75007 PARIS

Telephone: 01.53.58.33.60  
Fax: 01.53.58.33.61  
chaplais.huis@orange.fr

Cor: 59, MD: 7357

Writ: 13681

**DOCUMENT DEPOSITED IN THE HUISSIERS' OFFICE**

For **Mr. Hans Peter SPEK, domiciled at 4 Square de la Tour Maubourg 75007, PARIS,**

Unable, during my visit, to obtain sufficient information about the location where I could meet the writ's addressee,

The domicile being ascertained as follows:
    ✓ The HPS initials appear on the Intercom system.

Circumstances that prevented a personal service:
    ✓ There is no one on site or no one answers my calls.

As service on the addressee was impossible and as no one at the domicile could or was willing to receive the writ, a copy of the writ was deposited by the Huissier in a sealed envelope indicating only the name and address of the writ's addressee on one side, and my seal on the flap on the other side, in our office.

In conformity with article 656 in the New Code of Civil Procedure, a notice of visit in conformity with the provisions of article 655 *ibidem*, was left today at the address of the person served.

The letter specified by article 656 in the New Code of Civil Procedure, indicating the same statements as the notice of visit and containing a copy of the writ of service, was sent within the time prescribed by law.

| Final cost of writ: | | |
|---|---|---|
| COST OF WRIT | | |
| Fixed Fees (Art. 6) | 21.89 | |
| Travel (Art. 18) | 6.22 | |
| Without tax | 28.11 | |
| 19.6% V.A.T. | 0.00 | |
| Postage | 0.88 | |
| Cost of writ | 28.99 | |

This writ is not subject to tax; its copy contains 156 pages.

All Statements related to service are certified by the Huissier.

*[Huissier's stamp and signature]*

*Member of an authorized association; payment of fees by check is accepted.*  
Siret N° 430 127 530 00029                Intra-community V.A.T. N° FR 414 301 275 30 / 000 29

jamin et Anthony
CHAPLAIS

---

Huissiers de Justice
Associés

---

32 avenue Charles Floquet
75007 PARIS

Tél. : 01.53.58.33.60
Fax : 01.53.58.33.61
chaplais.huis@orange.fr



| RÉFÉRENCES A RAPPELER: |
| --- |
| Cor : 59, MD :7357 |
| SL |

| ACTE D'HUISSIER DE JUSTICE |
| --- |

COUT DE L'ACTE
Article 6        21,89
Article 18        6,22
                 -------
H.T.            28,11
Tva 19,6%        5,51
                 -------
T.T.C           33,62

SECOND ORIGINAL
Cor : 59, MD :7357
Acte : 13681

## SIGNIFICATION D'UN ACTE TRANSMIS PAR LES ETATS UNIS

L'AN DEUX MILLE HUIT ET LE : DIX-SEPT JUIN

Je soussigné, l'un des membres de la Société Civile Professionnelle Benjamin et Anthony Chaplais, titulaire d'un office d'Huissiers de Justice près le Tribunal de Grande Instance de Paris, y demeurant 32 avenue Charles Floquet dans le 7ème arrondissement de Paris

### A :

**Monsieur SPEK Hans Peter** domicilié 4 Square de la Tour Maubourg 75007 PARIS
Où étant et parlant à comme il est dit ci-après dans le procès-verbal de signification joint.

### A LA DEMANDE DE :

**Madame MYERS Diane K.** APS INTERNATIONAL, LTD APS International Plaza 7800 Glenroy Road MINNEAPOLIS MINNESOTA 55439- 3122 USA.
Elisant domicile en mon Etude

### JE VOUS SIGNIFIE ET VOUS LAISSE COPIE :

D'un acte en provenance des Etats-Unis, établi dans la langue suivante : anglaise,

L'acte est accompagné d'une traduction en français : [*] oui – [ ] non.

Le présent acte comprend les documents suivants :

_ Summons in a civil action
_ Consolidated Complaint for Violation of Securities
_ Laws
_ Summary of the Document to be Served
_ Translations

# Benjamin CHAPLAIS - Anthony CHAPLAIS

SCP d'Huissiers de justice
32, av. Charles Floquet
75007 Paris



Téléphone :   01.53.58.33.60
Télécopie :   01.53.58.33.61
chaplais.huis@orange.fr

Cor : 59, MD :7357

Acte : 13681

## DEPOT DE L'ACTE A L'ETUDE

le dix-sept Juin deux mille huit

**Pour Monsieur SPEK Hans Peter demeurant 4 Square de la Tour Maubourg 75007 PARIS,**

N'ayant pu, lors de mon passage, avoir de précisions suffisantes sur le lieu où rencontrer le destinataire de l'acte,

Le domicile étant certain ainsi qu'il résulte des vérifications suivantes :
- Les initiales HPS sont inscrites sur l'interphone.

Circonstances rendant impossible la signification à personne :
- Personne n'est présent ou ne répond à mes appels.

La signification à destinataire s'avérant impossible, et en l'absence de toute personne présente au domicile capable ou acceptant de recevoir l'acte, copie de l'acte a été déposée par Huissier de Justice sous enveloppe fermée ne comportant d'autres indications que d'un côté le nom et l'adresse du destinataire de l'acte et de l'autre mon sceau apposé sur la fermeture du pli, en notre étude.

Conformément à l'article 656 du Code de Procédure Civile, un avis de passage conforme aux prescriptions de l'article 655 ibidem a été laissé ce jour à l'adresse du signifié.

La lettre prévue par l'article 658 du Code de Procédure Civile, comportant les mêmes mentions que l'avis de passage et copie de l'acte de signification, a été adressée dans le délai prévu par la loi.

Cout définitif de l'acte :
COUT DE L'ACTE
Droit Fixe (Art. 6)      21,89
Transport (Art. 18)       6,22
                        ------
H.T.                     28,11
Tva 19,6%                 0,00
Affranchissement          0,88
                        ------
Coût de l'acte           28,99

Le présent acte n'est pas soumis à taxe fiscale comporte 156 feuilles à la copie.
Les mentions relatives à la signification sont visées par l'Huissier de Justice.



Membre d'une association agréée, le règlement des honoraires par chèque est accepté.
Siret n° 430 127 530 00029         Tva Intra n°FR 414 301 275 30 / 000 29

Jamin et Anthony
CHAPLAIS

---

**Huissiers de Justice**
**Associés**

---

32 avenue Charles Floquet
75007 PARIS

Tél. : 01.53.58.33.60
Fax : 01.53.58.33.61
chaplais.huis@orange.fr



| REFERENCES A RAPPELER: |
|---|
| Cor : 59, MD :7357 |
| SL |

| ACTE |
| D'HUISSIER |
| DE JUSTICE |

COUT DE L'ACTE
Article 6     21,89
Article 18     6,22
------
H.T.          28,11
Tva 19,6%      5,51
------
T.T.C         33,62

SECOND ORIGINAL

Cor : 59, MD :7357                                      Acte : 13681

## SIGNIFICATION D'UN ACTE TRANSMIS PAR LES ETATS UNIS

L'AN DEUX MILLE HUIT ET LE : ~~DIX-SEPT~~ JUIN

Je soussigné, l'un des membres de la Société Civile Professionnelle Benjamin et Anthony Chaplais, titulaire d'un office d'Huissiers de Justice près le Tribunal de Grande Instance de Paris, y demeurant 32 avenue Charles Floquet dans le 7ème arrondissement de Paris

### A :

**Monsieur SPEK Hans Peter** domicilié 4 Square de la Tour Maubourg 75007 PARIS
Où étant et parlant à comme il est dit ci-après dans le procès-verbal de signification joint.

### A LA DEMANDE DE :

**Madame MYERS Diane K.** APS INTERNATIONAL, LTD APS International Plaza 7800 Glenroy Road MINNEAPOLIS MINNESOTA 55439- 3122 USA.
Elisant domicile en mon Etude

### JE VOUS SIGNIFIE ET VOUS LAISSE COPIE :

D'un acte en provenance des Etats-Unis, établi dans la langue suivante : anglaise,

L'acte est accompagné d'une traduction en français : [*] oui – [ ] non.

Le présent acte comprend les documents suivants :

_ Summons in a civil action
_ Consolidated Complaint for Violation of Securities
_ Laws
_ Summary of the Document to be Served
_ Translations

# Benjamin CHAPLAIS - Anthony CHAPLAIS



SCP d'Huissiers de justice
32, av. Charles Floquet
75007 Paris

Téléphone :   01.53.58.33.60
Télécopie :   01.53.58.33.61
chaplais.huis@orange.fr

Cor : 59, MD :7357                                                                                          Acte : 13681

## DEPOT DE L'ACTE A L'ETUDE

le dix-sept Juin deux mille huit

Pour **Monsieur SPEK Hans Peter** demeurant 4 Square de la Tour Maubourg 75007 PARIS,

N'ayant pu, lors de mon passage, avoir de précisions suffisantes sur le lieu où rencontrer le destinataire de l'acte,

Le domicile étant certain ainsi qu'il résulte des vérifications suivantes :
- Les initiales HPS sont inscrites sur l'interphone.

Circonstances rendant impossible la signification à personne :
- Personne n'est présent ou ne répond à mes appels.

La signification à destinataire s'avérant impossible, et en l'absence de toute personne présente au domicile capable ou acceptant de recevoir l'acte, copie de l'acte a été déposée par Huissier de Justice sous enveloppe fermée ne comportant d'autres indications que d'un côté le nom et l'adresse du destinataire de l'acte et de l'autre mon sceau apposé sur la fermeture du pli, en notre étude.

Conformément à l'article 656 du Code de Procédure Civile, un avis de passage conforme aux prescriptions de l'article 655 ibidem a été laissé ce jour à l'adresse du signifié.

La lettre prévue par l'article 658 du Code de Procédure Civile, comportant les mêmes mentions que l'avis de passage et copie de l'acte de signification, a été adressée dans le délai prévu par la loi.

Cout définitif de l'acte :
| COUT DE L'ACTE | |
|---|---|
| Droit Fixe (Art. 6) | 21,89 |
| Transport (Art. 18) | 6,22 |
| H.T. | 28,11 |
| Tva 19,6% | 0,00 |
| Affranchissement | 0,88 |
| Coût de l'acte | 28,99 |

Le présent acte n'est pas soumis à taxe fiscale comporte 156 feuilles à la copie.
Les mentions relatives à la signification sont visées par l'Huissier de Justice.



Membre d'une association agréée, le règlement des honoraires par chèque est accepté.
Siret n° 430 127 530 00029            Tva Intra n°FR 414 301 275 30 / 000 29

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: New York

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### *DEMANDE*
### *AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
### *D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile
ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Diane K. Myers<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776     Fax: 952.831.8150<br>Email: DMyers@CivilActionGroup.com | MINISTERE DE LA JUSTICE<br>(Bureau de l'Entraide judiciare intl)<br>13, place Vendôme<br>Paris Cedex 01<br><br>75042<br>France  |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*    Hanspeter Spek
      #4 Square de la Tour, Maubourg, Paris, France, 75007
            Tel:
[ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
[X]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)  selon la forme particuliére suivante (article 5, alinéa premier, lettre b)*:En remettant les documents à un huissier, qui se chargera de les signifier à Hanspeter Spek. Le Défendeur ne doit pas avoir l'option de refuser la signification. Un chèque d'un montant de 89.00 euros pour couvrir les honoraires de l'huissier est inclus.
[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)  le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

Summons in a Civil Action
Consolidated Complaint for Violations of Securities Laws
Summary of the Document to Be Served
Translations

Done at     APS INTERNATIONAL
          APS International Plaza
          7800 Glenroy Road    , the
Fait à    Minneapolis, MN 55439    , le  6-2-08

Signature and/or stamp.
*Signature et/ou cachet.*

*signature: Diane K Myers*

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)            (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: In re Sanofi-Aventis Securities Litigation
Defendant: Hanspeter Spek
Court Case No.: 1:07-cv-10279-GBD

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    that the document has been served*
*1.*    *que la demande a été exécutée*
- the (date)
- *le (date)* _____
- at (place, street, number)
- *à (localité, rue numéro)* _____
_____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
   [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
        *a)*  *selon les formes légales (article 5, alinéa premier, lettre a).*
   [ ]  (b)  in accordance with the following particular method*:
        *b)*  *selon la forme particulière suivante:* _____

   [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
        *c)*  *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* _____
_____

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____
_____

2)    that the document has not been served, by reason of the following facts*:
*2.*    *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summons in a Civil Action, Consolidated Complaint for Violations of Securities Laws, Summary of the Document to Be Served, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Piéces renvoyées:*

_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

**Done at** _____ **, the** _____
*Fait à* _____ *, le* _____

**Signature and/or stamp.**
*Signature et/ou cachet.*

_____

*   Delete if inappropriate.
   *Rayer les mentions inutiles.*

2

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

In re SANOFI-AVENTIS SECURITIES LITIGATION

V.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07-cv-10279-GBD

TO: (Name and address of Defendant)

Hanspeter Spek
#4 Square de la Tour
Maubourg, Paris France 75007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                              APR 2 0 2008

CLERK                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                           *Signature of Server*

                                        _____
                                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.