UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: SANOFI-AVENTIS SECURITIES LITIGATION | 07-CV-10279 (GBD) <br><br> <u>CLASS ACTION</u> |
| This document relates to: <br><br> ALL ACTIONS | ECF CASE |

### DEFENDANT JEAN-CLAUDE LEROY'S JOINDER IN THE MOTION TO DISMISS THE AMENDED COMPLAINT FILED BY DEFENDANTS SANOFI-AVENTIS AND DOUGLAS GREENE

Defendant Jean-Claude Leroy respectfully joins in the motion by defendants sanofi-aventis ("sanofi") and Douglas Greene to dismiss the amended complaint filed by lead plaintiffs City of Edinburgh Council of the Lothian Pension Fund and New England Carpenters Guaranteed Annuity Fund in the above-captioned action (the "Amended Complaint"), filed on June 30, 2008, Docket No. 23. To avoid duplication, defendant Jean-Claude Leroy incorporates by reference the Memorandum Of Law In Support Of Defendants' Motion To Dismiss The Amended Complaint, Docket No. 27, the Declaration Of S. Christopher Provenzano In Support Of Defendants' Motion To Dismiss The Amended Complaint and the exhibits thereto, Docket Nos. 24-26, and any subsequent filings in support of the motion.

2

**<u>CONCLUSION</u>**

For the reasons expressed in the Memorandum Of Law In Support Of Defendants' Motion To Dismiss The Amended Complaint, Docket No. 27, the Amended Complaint should be dismissed with prejudice in its entirety with respect to all defendants, including defendant Jean-Claude Leroy.

Dated:  July 21, 2008

                          CLEARY GOTTLIEB STEEN & HAMILTON LLP


                          By:     s/ Lewis J. Liman
                                  Lewis J. Liman, Esq.

                          One Liberty Plaza
                          New York, New York, 10006
                          T: (212) 225-2000
                          F: (212) 225-3999

                          Attorneys for defendants sanofi-aventis, Douglas Greene, Hanspeter Spek, and Jean-Claude Leroy

Of Counsel:
  S. Christopher Provenzano