UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: SANOFI-AVENTIS SECURITIES LITIGATION | 07-CV-10279 (GBD) <br><br> <u>CLASS ACTION</u> |
| This document relates to: <br><br> ALL ACTIONS | **ECF CASE** <br><br> **<u>CERTIFICATE OF SERVICE</u>** |

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

1. On the 21st day of July 2008, Defendant Jean-Claude Leroy's Joinder in the Motion to Dismiss the Amended Complaint filed by Defendants Sanofi-Aventis and Douglas Greene, dated July 21, 2008 was served by Federal Express upon:

> Samuel H. Rudman
> Coughlin Stoia Geller Rudman & Robins LLP
> 58 South Service Road, Suite 200
> Melville, New York 11747
>
> Trig Smith
> Coughlin Stoia Geller Rudman & Robins LLP
> 655 West Broadway, Suite 1900
> San Diego, CA  92101-3301

2. This service was made by an assistant managing clerk of this firm under my general supervision.

Dated:   New York, New York
         July 21, 2008

                                         s/Richard V. Conza
                                         Richard V. Conza