**SERVICE OF A WRIT FROM A FOREIGN COUNTRY**

**SECOND ORIGINAL**

*Civil Law Professional Partnership*
Y. TAPIN – I. ROBY-SALMON – M. BECK
*Associated Huissiers*
*184 Avenue de Choisy – BP 327*
*75625 PARIS CEDEX 13*

C.C.P. 22-235-68 C PARIS
Tel: 01.42.16.86.86
Fax: 01.45.83.70.47

In the year TWO THOUSAND EIGHT
AND ON JULY SECOND

I, Isabelle ROBY-SALMON, Associated Huissier in Civil-Law Professional Partnership Yves TAPIN, Isabelle ROBY-SALMON, Manuel BECK, entitled to a Huissier's office located in PARIS 13^e^, 184 Avenue de Choisy, the undersigned

Upon: **Mr. JEAN CLAUDE LEROY**
C/ SANOFI AVENTIS
174 Avenue de France
75013 Paris

File Nr. 000501 6752 / SAE 36000

To whom the writ was delivered

**AT THE REQUEST OF:**

CIRY OF EDINBURGH COUNCIL OF THE LOTHIAN PENSION FUND AND NEW ENGLAND CARPENTERS GUARANTEED ANNUITY FUNDS, through DIANE K. MYERS – APS INTERNATIONAL LTD – APS INTERNATIONAL PLAZA – 7800 GLENROY ROAD – MINNEAPOLIS – MINNESOTA – 55439-3122 – USA - through the *Chambre Nationale des Huissiers de Justice*, 44, rue de Douai, Paris (9^e^), France:

**WE ARE SERVING UPON YOU AND DELIVERING TO YOU** a copy of a writ from the United States.

This writ is a summons to appear before the United States District Court for the Southern District of the State of New York.

This writ is written in the English and the French languages and it includes the following documents:

- Summons in a Civil Case
- Consolidated Complaint for Violations of Securities Laws
- Summary of the Documents to be served
- Translations

**This service is provided for legal purposes only and so that you may not remain in ignorance of the facts.**

*Civil Law Professional Partnership*
Y. TAPIN – I. ROBY-SALMON – M. BECK
*Associated Huissiers*
*184 Avenue de Choisy – BP 327*
*75625 PARIS cedex 13*

CDC 40031 00001 0000332951C 72
Tel: 01.42.16.86.86
Fax: 01.45.83.70.47

File Nr. 000501.6752
PERSO 07/03/08

## SERVICE OF WRIT

ADDRESSEE: Mr. JEAN CLAUDE LEROY
NATURE OF WRIT: SERVICE
DATE OF SERVICE: 07/03/2008

## WRIT DELIVERED TO ADDRESSEE

The writ was delivered by a sworn Clerk per the statements made to the Clerk:

**To the addressee, personally, per his statements**

Each copy of this writ contains 156 pages.

COST OF WRIT
(Articles refer to Decree N° 96-1080 dated 12/12/96)

| | | |
|---|---|---|
| Fixed fees (Article 6) | 0.00 E | |
| Calling of cause | 0.00 E | |
| Fees to initiate proceedings (Article 13) | 0.00 E | |
| Fees (Article 16) | 0.00 E | |
| Travel Costs (Article 18) | 0.00 E | |
| | ---------- | |
| Sub-total | 0.00 E | I- ROBY-SALMON |
| 19.60 % V.A.T. | 0.00 E | |
| Flat Tax (Article 20-1) | 0.00 E | *[Huissier's stamp and signature]* |
| Postage (Article 20-2) | 0.00 E | |
| Total disbursement | 89.00 E | |
| | ---------- | |
| Total | 89.00 Euros | 583.80 Francs |

SECOND ORIGINAL

## SIGNIFICATION D'UN ACTE EN PROVENANCE DE L'ETRANGER

*Société Civile Professionnelle*
**Y. TAPIN – I. ROBY-SALMON- M. BECK**
***Huissiers de Justice Associés***
***184, avenue de Choisy - BP 327***
***75625 PARIS CEDEX 13***

**C.C.P 22-235-68 C PARIS**
**Tel : 01-42-16-86-86**
**Fax : 01-45-83-70-47**

L'an DEUX MIL HUIT
ET LE DEUX JUILLET

**Je, Isabelle ROBY-SALMON, Huissier de justice associée de la "Société Civile Professionnelle Yves TAPIN, Isabelle ROBY-SALMON, Manuel BECK, titulaire d'un Office d'Huissiers de Justice à PARIS 13ème, 184 Avenue de Choisy", soussignée**

**A : M. LEROY JEAN CLAUDE**
C/ SANOFI AVENTIS
174 AVENUE DE France
75013 Paris

A qui cet acte a été remis dans les conditions

DOSSIER N° 000501 6752 / SAE 36000

**A LA DEMANDE DE :**

CIRY OF EDINBURGH COUNCIL OF THE LOTHIAN PENSION FUND ET NEW ENGLAND CARPENTERS GUARANTEED ANNUITY FUNDS par l'intermédiaire de DIANE K. MYERS – APS INTERNATIONAL LTD – APS INTERNATIONAL PLAZA – 7800 GLENROY ROAD- MINNEAPOLIS – MINNESOTA – 55439 – 3122 – USA - par l'intermédiaire de la Chambre Nationale des Huissiers de justice, 44, rue de Douai à Paris (9è), France ;

**IL VOUS EST SIGNIFIE ET REMIS COPIE** d'un acte en provenance **des USA.**

Cet acte est une citation à comparaître devant la cour de district des Etats Unis pour le district sud de l'état de New York.

Cet acte est rédigé en langue française et anglaise, et il comprend les documents suivants :
- *summons in a civil case*
- *consolidated complaint for violations of securities laws,*
- *summary of the document to be served*
- *translations*

**La présente signification vous est faite à telle fin que de droit et pour vous savoir parfaitement informé.**



*Société Civile Professionnelle*
**Y. TAPIN – I. ROBY-SALMON – M. BECK**
*Huissiers de Justice Associés*
*184 Avenue de Choisy – BP 327*
*75625 PARIS cedex 13*

**CDC 40031 00001 0000332951C 72**
**Tel : 01.42.16.86.86**
**Fax : 01.45.83.70.47**

**N° DOSSIER : 000501.6752**
**PERSO 03-07 08**

# SIGNIFICATION DE L'ACTE

DESTINATAIRE : Monsieur LEROY JEAN CLAUDE
NATURE DE L'ACTE : SIGNIFICATION
DATE DE SIGNIFICATION : 03/07/2008

## ACTE REMIS AU DESTINATAIRE

Cet acte a été remis par un Clerc Assermenté suivant les déclarations faites à ce dernier :

**Au destinataire, à sa personne ainsi déclaré**

Chaque copie du présent acte comporte 156 feuilles.

**COUT DE L'ACTE :**

Les articles font référence au décret N° 96 1080 du 12/12/96

| | |
|---|---|
| Droit fixe (Article 6) | 0,00 € |
| Appel de cause (Article 6) | 0,00 € |
| Droit d'engagement de poursuites (Article 13) | 0,00 € |
| Honoraires (Article 16) | 0,00 € |
| Frais de déplacement (Article 18) | 0,00 € |
| Sous Total | 0,00 € |
| TVA 19,60% | 0,00 € |
| Taxe Fixe (Article 20-1) | 0,00 € |
| Frais d'affranchissement (Article 20-2) | 0,00 € |
| Total des débours | 89,00 € |
| Total | 89,00 € |

583,80 Francs

Y. TAPIN I. ROBY-SALMON M. BECK



APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: New York

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| **Identity and address of the applicant** *Identité et adresse du requérant* | **Address of receiving authority** *Adresse de l'autorité destinataire* |
|---|---|
| Diane K. Myers<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776 Fax: 952.831.8150<br>Email: DMyers@CivilActionGroup.com | MINISTERE DE LA JUSTICE<br>(Bureau de l'Entraide judiciare intl)<br>13, place Vendôme<br>Paris Cedex 01<br><br>75042<br>France |

**The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,**
**(identity and address)**
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)* Jean Claude Leroy
at place of employment, Sanofi-Aventis, 174 Avenue de France, 75013 Paris, France
Tel:

[ ] (a) **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.***
*a) selon les formes légales (article 5, alinéa premier, lettre a).*

[X] (b) **in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:**
*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b): En remettant les documents à un huissier, qui se chargera de les signifier à Jean Claude Leroy. Le Défendeur ne doit pas avoir l'option de refuser la signification. Un chèque d'un montant de 89.00 euro pour couvrir les honoraires de l'huissier est inclus.*

[ ] (c) **by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.**
*c) le cas échéant, par remise simple (article 5, alinéa 2).*

**The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.**
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

Summons in a Civil Case
Consolidated Complaint for Violations of Securities Laws
Summary of the Document to Be Served
Translations

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

**Done at** *Fait à* Minneapolis, Minnesota, U.S.A., **the** *le* 6-13-08

**Signature and/or stamp.**
*Signature et/ou cachet.*

Diane K Myers

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used) USM-94 (Est. 11/22/77)

* **Delete if inappropriate.**
*Rayer les mentions inutiles*

Case Name: In re Sanofi-Aventis Securities Litigation
Defendant: Jean Claude Leroy
Court Case No.: 1:07-cv-10279-GBD

**CERTIFICATE**
*ATTESTATION*

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1) that the document has been served***
*1. que la demande a été exécutée*

- **the (date)**
- *le (date)* ______

- **at (place, street, number)**
- *à (localité, rue numéro)* ______

______

- **in one of the following methods authorised by article 5-**
- *dans une des formes suivantes prévues à l'article 5:*

[ ] **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.**
*a) selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] **(b) in accordance with the following particular method*:**
*b) selon la forme particulière suivante:* ______

______

[ ] **(c) by delivery to the addressee, who accepted it voluntarily.***
*c) par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*

- **(identity and description of person)**
- *(identité et qualité de la personne)* ______

______

- **relationship to the addressee (family, business or other):**
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* ______

______

**2) that the document has not been served, by reason of the following facts*:**
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

______

______

______

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS: Summons in a Civil Case, Consolidated Complaint for Violations of Securities Laws, Summary of the Document to Be Served, Translations**

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

______

______

______

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

______

______

______

**Done at** ______ **, the**
*Fait à* ______ *, le* ______

**Signature and/or stamp.**
*Signature et/ou cachet.*

______

* **Delete if inappropriate.**
*Rayer les mentions inutiles.*

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

In re SANOFI-AVENTIS SECURITIES LITIGATION

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-cv-10279-GBD

TO: (Name and address of Defendant)

Jean Claude Leroy
c/o Sanofi-Aventis
174 Avenue de France
Paris 75013
France

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**
CLERK

APR 29 2008
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

G Served personally upon the defendant. Place where ______________________________

G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were ______________________________

G Returned ______________________________

G Other ______________________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________________ Date

______________________________ *Signature of Server*

______________________________ *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.