SERVICE OF A WRIT FROM A FOREIGN COUNTRY
THE HAGUE CONVENTION DATED 11/15/1965

SECOND ORIGINAL

F. NETILLARD – J.M. ALLENBACH
C. CARTIER
*Associated Huissiers*
*28, Rue de la Préfecture*
*BP 301*
*25017 BESANCON CEDEX*

Tel: 03-81-81-47-19 Fax: 03-81-81-49-02
C.D.C. 40031 00001 0000168537S 45

File Nr. 026669

CHAMBRE NATIONALE DES HUISSIERS**

Writ from a foreign country / xp8
SDAIM 06/20/08

ON JULY First
TWO THOUSAND AND EIGHT

We, Civil-Law Professional Partnership "F. NETILLARD, J.M. ALLENBACH, C. CARTIER", entitled to a Huissier's office located in BESANCON 28, rue de la Préfecture, the undersigned,

To:   **Mr. DEHECQ Jean-François**
3 Chemin des Pierres
25720 ARGUEL

To whom this writ was delivered as stated hereinafter

SEE APPENDIX

**AT THE REQUEST OF**: CITY OF EDINBURGH COUNCIL OF THE LOTHIAN PENSION FUND (U.S.A.) AND NEW ENGLAND CARPENTERS GUARANTEED ANNUITY FUNDS (U.S.A.)

Electing address for service at and represented by the Law Office: Coughlin Stoia Geller Rudman & Robbins LLP, 58 South Service Road, Suite 200, Melville, NY 11747

*Electing address for service at my practice*

**WE ARE SERVING UPON YOU AND DELIVERING TO YOU A COPY** of a writ from a foreign country, namely the UNITED STATES:
A Summons to appear in a civil case, in English together with its translation into French, case number: 1:07-cv-10279-GBD, United States District Court, Southern District of the State of New York, a case involving Sanofi-Aventis securities.

Together with a copy of the request from the foreign requesting party which includes a summary of the documents to be served.

This service is made upon you pursuant to the provisions of The Hague Convention dated 11/15/08 on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters from a foreign country.

**PROVISIONAL COST OF WRIT:**
(Articles refer to Decree N° 96-1080 dated 12/12/96)

| | |
|---|---|
| Fixed fees (Article 6) | 82.63 € |
| Fees to initiate proceedings (Article 13) | 0.00 € |
| Calling of cause | 0.00 € |
| Travel Costs (Article 18) | 6.37 € |
| Sub-total | 89.00 € |
| 19.60 % V.A.T. | 0.00 € |
| Flat Tax (Article 20-1) | 0.00 € |
| Postage (Article 20-2) | 0.00 € |
| Total | 89.00 € |

*WRIT SUBJECT TO FLAT TAX*

*[Huissier's signature and stamp]*

✓ Chantal CARTIER

F. NETILLARD – J.M. ALLENBACH
C. CARTIER
*Associated Huissiers*
*28, Rue de la Préfecture*
*BP 301*
*25017 BESANCON CEDEX*

Tel: 03-81-81-47-19 Fax: 03-81-81-49-02
C.D.C. 40031 00001 0000168537S 45

File number: 026669

PERS1 07/02/08

## PERSONAL SERVICE

## DATED JULY FIRST, TWO THOUSAND AND EIGHT

Of the attached writ (SERVICE OF A WRIT FROM A FOREIGN COUNTRY)
included in this writ

ADDRESSED TO: Mr. Jean-François DEHECQ

This writ was delivered by a Huissier or a sworn clerk, per the statements made to him:

**TO THE ADDRESSEE HIMSELF,**

**Mr. Jean-François DEHECQ, per his statements**

MET AT HIS DOMICILE:

3 chemin des Pierres

25720 ARGUEL

Number of pages of the copy: (154)

| COST OF WRIT: | |
|---|---|
| (Articles refer to Decree N° 96-1080 dated 12/12/96) | |
| Fixed fees (Article 6) | 82.63 |
| Calling of cause | 0.00 |
| Fees to initiate proceedings (Article 13) | 0.00 |
| Travel Costs (Article 18) | 6.37 |
| Sub-total | 89.00 |
| 19.60 % V.A.T. | 0.00 |
| Flat Tax (Article 20-1) | 0.00 |
| Postage (Article 20-2) | 0.00 |
| Total disbursement | 0.00 |
| Total | 89.00 |

*WRIT EXEMPT FROM FLAT-SUM TAX*
Certification by the Huissier of
all statements related to service
*Chantal CARTIER*

*[Huissier's stamp and signature]*

**SIGNIFICATION D'UN ACTE EN PROVENANCE DE L'ETRANGER – CONVENTION DE LA HAYE DU 15/11/1965**

---

**F. NETILLARD - J.M. ALLENBACH
C. CARTIER**
*Huissiers de Justice Associés*
*28, Rue de la Préfecture*
*BP 301*
**25017 BESANCON CEDEX**

Tél : 03-81-81-47-19 Fax: 03-81-81-49-02
C.D.C. 40031 00001 0000168537S 45

Le **Premier** **JUILLET**
DEUX MILLE HUIT

Nous, Société Civile Professionnelle « F. NETILLARD, J.M. ALLENBACH, C. CARTIER » Titulaire d'un office d'Huissiers de Justice dont le siège est à BESANCON 28, rue de la Préfecture soussignée,

A : Monsieur DEHECQ Jean-François

DOSSIER N° 026669

CHAMBRE NATIONALE DES HUISSIERS **

3 chemin des Pierres

25720 ARGUEL

Acte Extérieur (ancien minido) / xp8
SDA1M 20/06/08

A qui cet acte a été remis dans les conditions relatées ci-après **VOIR ANNEXE**

**A LA DEMANDE DE :** CITY OF EDINBURG COUNCIL OF THE LOTHIAN PENSION FUND (U.S.A.)
ET
NEW ENGLAND CARPENTERS GUARANTEED ANNUITY FUNDS (U.S.A.)

Ayant élus domicile et représentés par le Cabinet d'Avocats : Coughlin Stoia Geller Rudman & Robbins LLP, 58 South Service Road, Suite 200, Melville, NY 11747

Elisant domicile en mon Etude

**VOUS SIGNIFIE ET REMETS COPIE D'** un acte en provenance d'un état étranger, à savoir des ETATS-UNIS :
Une citation dans le cadre d'une action civile en langue anglaise accompagnée de sa traduction en langue française , cas numéro 1 : 07-cv-10279-GBD, Tribunal de district des Etats-Unis, district Sud de New-York, litige concernant les titres de Sanofi-Aventis

Ainsi que la copie de la partie de la demande de l'entité requérante étrangère qui contient les éléments essentiels de l'acte signifié par le présent acte

La présente signification vous est faite conformément aux dispositions de la Convention de LA HAYE du 15/11/1965 relative à la signification et à la notification des actes judiciaires et extrajudiciaires en matière civile et commerciale en provenance de l'étranger

**COUT PROVISOIRE DE L'ACTE :**
Les articles font référence au décret N°96-1080 du 12/12/96

| | |
|---|---|
| Droit fixe (Article 6) | ~~58~~ € 82,63 |
| Droit d'engagement de poursuites (Article 13) | 0,00 € |
| Appel de cause | 0,00 € |
| Frais de déplacement (Article 18) | ~~~~ € 6,37 |
| Sous Total | ~~~~ € 89,00 |
| TVA 19,60% | ~~6,39~~ € |
| Taxe Fixe (Article 20-1) | ~~9,15~~ € |
| Frais d'affranchissement (Article 20-2) | 0,00 € |
| Total | 89,00 € |

*ACTE SOUMIS A LA TAXE FORFAITAIRE*



☐ François NETILLARD
☐ Jean-Marc ALLENBACH
☐ Chantal CARTIER

**F. NETILLARD - J.M. ALLENBACH**
**C. CARTIER**
*Huissiers de Justice Associés*
*28, Rue de la Préfecture*
*BP 301*
*25017 BESANCON CEDEX*

Tél : 03-81-81-47-19 Fax: 03-81-81-49-02
C.D.C. 40031 00001 0000168537S 45

N° DOSSIER : 026669
PERS1 02/07/08

# SIGNIFICATION A PERSONNE

## EN DATE DU PREMIER JUILLET DEUX MILLE HUIT

De l'acte joint, (SIGNIFICATION D'UN ACTE EN PROVENANCE DE L'ETRANGER)
et faisant partie intégrante de cet acte

DESTINE A : Monsieur DEHECQ Jean-François

Cet acte a été remis par un Huissier ou un Clerc Assermenté suivant les déclarations faites à ce dernier :

**A LA PERSONNE MEME DU DESTINATAIRE,**

**Monsieur DEHECQ Jean-François ainsi déclaré**

RENCONTRE EN SON DOMICILE :

3 chemin des Pierres

25720 ARGUEL

Nbre de pages composant la copie ( 154 )

COUT DE L'ACTE :

*ACTE DISPENSE DE TAXE FORFAITAIRE*
Visa par l'Huissier de Justice des
Mentions relatives à la signification
*Chantal CARTIER*

| Les articles font référence au décret N°96-1080 du 12/12/96 | |
|---|---:|
| Droit fixe (Article 6) | 82,63 |
| Appel de cause | 0,00 |
| Droit d'engagement de poursuites (Article 13) | 0,00 |
| Frais de déplacement (Article 18) | 6,37 |
| Sous Total | 89,00 |
| TVA 19,60% | 0,00 |
| Taxe Fixe (Article 20-1) | 0,00 |
| Frais d'affranchissement (Article 20-2) | 0,00 |
| Total des débours | 0,00 |
| Total | 89,00 |



APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: New York

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant
*Identité et adresse du requérant* | Address of receiving authority
*Adresse de l'autorité destinataire* |
|---|---|
| Diane K. Myers
APS INTERNATIONAL, LTD
APS International Plaza
7800 Glenroy Road
Minneapolis, Minnesota 55439-3122
U.S.A.
Tel. 952.831.7776    Fax: 952.831.8150
Email: DMyers@CivilActionGroup.com | MINISTERE DE LA JUSTICE
(Bureau de l'Entraide judiciare intl)
13, place Vendôme
Paris Cedex 01

75042
France |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*    Jean-François Dehecq
    3 Chemin Des Pierres, Arguel 25, Doubs, France, 25720
                    Tel:
[ ]  (a)    in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a)    *selon les formes légales (article 5, alinéa premier, lettre a).*
[X]  (b)    in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b)    *selon la forme particuliére suivante (article 5, alinéa premier, lettre b)*:En remettant les documents à un huissier, qui se chargera de les signifier à Jean-François Dehecq. Le Défendeur ne doit pas avoir l'option de refuser la signification.  Un chèque d'un montant de 89.00 euros pour couvrir les honoraires de l'huissier est inclus.
[ ]  (c)    by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c)    *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summons in a Civil Action
Consolidated Complaint for Violations of Securities Laws
Summary of the Document to Be Served
Translations

Done at
*Fait à* Minneapolis, Minnesota, U.S.A.            , the
                                , le    6-2-08

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

Signature and/or stamp.
*Signature et/ou cachet.*

Diane K Myers

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)                    (Est. 11/22/77)

REÇU LE
-5 JUIN 2008
D3

* Delete if inappropriate
. *Rayer les mentions inutiles*

Case Name: In re Sanofi-Aventis Securities Litigation
Defendant: Jean-François Dehecq
Court Case No.: 1:07-cv-10279-GBD

# CERTIFICATE
## *ATTESTATION*

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* _____
   - at (place, street, number)
   - *à (localité, rue numéro)* _____
   _____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [ ]  (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         *a) selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ]  (b) in accordance with the following particular method*:
         *b) selon la forme particulière suivante:* _____

      [ ]  (c) by delivery to the addressee, who accepted it voluntarily.*
         *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS:** Summons in a Civil Action, Consolidated Complaint for Violations of Securities Laws, Summary of the Document to Be Served, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Piéces renvoyées:*

_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____
_____

Done at _____, the _____
*Fait à* _____, *le* _____

Signature and/or stamp.
*Signature et/ou cachet.*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

In re SANOFI-AVENTIS SECURITIES LITIGATION

V.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  1:07-cv-10279-GBD

TO: (Name and address of Defendant)

Jean Francois Dehecq
3 Chemin Des Pierres
Arguel 25 Doubs, France 28720

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

APR 29 2008

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date                     *Signature of Server*

                             _____
                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.