**S.C.P. AGARD – VIGNER – BAENA**
ASSOCIATED HUISSIERS
126, Avenue Henri-Barbusse
91211 DRAVEIL CEDEX – BP 03
<u>*COMPETENT IN THE ENTIRE DEPARTMENTAL REGION*</u>

SECURE ONLINE PAYMENT 24 h/day:
*www.paiement-huissier-draveil.com*
Tel.: 01 69 83 42 32 / Fax: 01 69 40 44 79

References to be used: 10-08-07-11473 / 180925

**SERVICE OF A WRIT**
**FROM THE UNITED STATES**

Changed into a Report of unsuccessful search
(Art. 659, New Code of Civil Procedure)

5901-0307

IN THE YEAR TWO THOUSAND EIGHT AND ON JULY Twenty-Eight

*We, Civil-Law Professional Partnership "FRANÇOIS AGARD, ROBERT VIGNER, GERALD BAENA", qualified to practice the profession of Huissiers, residing in DRAVEIL (91211 Cedex), 126 avenue Henri-Barbusse, through*
*(X) François AGARD, Esq.*
*( ) Robert VIGNER*
*( ) Gérald BAENA, Esq., the undersigned*

*SECOND ORIGINAL*

TO: Mr. Marc CLUZEL, domiciled 34, avenue Julien Chadel 91210 DRAVEIL, where I was and spoke, as stated in the affidavit of service.

See last page

**AT THE REQUEST OF:** Diane K. Myers, APS INTERNATIONAL, LTD., APS International Plaza, 7800 Glenroy Road, MINNEAPOLIS, MINNESOTA USA 55439-3122 USA.

Electing address for service at our practice

We are serving upon you the list of the following documents from the United States:

- SUMMONS IN A CIVIL CASE
- CONSOLIDATED COMPLAINT FOR VIOLATIONS OF SECURITIES LAW
- SUMMARY OF THE DOCUMENT TO BE SERVED
- TRANSLATIONS

Cost:

| | |
|---|---|
| Fixed fees | 89.00 € |
| | --------- |
| Total w/tax | 89.00 € |

HUISSIER'S STAMP
AND SIGNATURE

*[Huissier's stamp]*

**S.C.P. AGARD – VIGNER – BAENA**
ASSOCIATED HUISSIERS
126, Avenue Henri-Barbusse
91211 DRAVEIL CEDEX – BP 03
*COMPETENT IN THE ENTIRE DEPARTMENTAL REGION*

SECURE ONLINE PAYMENT 24 h/day:
*www.paiement-huissier-draveil.com*
Tel.: 01 69 83 42 32 / Fax: 01 69 40 44 79

5901-2807 References to be used: 10-08-07-11473 / 180925

**AFFIDAVIT OF SERVICE**

SERVICE OF A WRIT FROM THE UNITED STATES

---

The document was delivered:
BY A SWORN CLERK WHOSE STATEMENTS ARE CERTIFIED BY ME ON THE ORIGINAL

---

We went to the last known address of: Mr. Marc CLUZEL
on: JULY 28, 2008
in order to serve upon him: SERVICE OF A WRIT FROM THE UNITED STATES
Where I was and ascertained: On site, I met with several neighbors who told me that the interested party didn't live at the address indicated. All other searches I made, including through MINITEL, remained unsuccessful.
As I was unable to locate the addressee, he may be deemed to have no known domicile, nor place of residence nor place of work in France as well as in a foreign country.
Consequently, we drew up this AFFIDAVIT, a copy of which was sent to the addressee at his last known address by registered mail with return receipt, together with a copy of the writ to be served, on July 29, 2008, n° 2C 003 216 7993 0.

That same day, we informed the addressee by plain letter.

All this in conformity with Article 659 in the New Code of Civil Procedure.

Done in DRAVEIL, on JULY 28, 2008

---

All Statements related to service are certified by me.

FRANÇOIS AGARD ROGER VIGNER GERALD BAENA

*[Signature]*

COST OF WRIT:

| | |
|---|---|
| Registered mail with return receipt | 89.00 |
| Total w/tax in Euros | 89.00 |
| Total in French Francs | 583.80 |

*[Huissier's stamp]*

S.C.P. AGARD - VIGNER - BAENA
HUISSIERS DE JUSTICE ASSOCIES
126 avenue Henri-Barbusse
91211 DRAVEIL CEDEX - BP 03
***COMPETENT SUR TOUT LE DEPARTEMENT***

***PAIEMENT EN LIGNE SECURISE 24h/24h :***
***www.paiement-huissier-draveil.com***
☎ 01 69 83 42 32 / FAX : 01 69 40 44 79

5901-0307

Référence à rappeler : 10-08-07-11473 / 180925

# SIGNIFICATION D'UN ACTE EN PROVENANCE DES ETATS UNIS

**Transformé en P.V. de Vaines Recherches**
**( Art. 659 N.C.P.C. )**

L'AN DEUX MILLE HUIT ET LE Vingt Huit JUILLET

***Nous, Société Civile Professionnelle " FRANCOIS AGARD, ROBERT VIGNER, GERALD BAENA " , titulaire d'un Office d'Huissier de Justice à la résidence de DRAVEIL (91211 Cédex) , 126 avenue Henri-Barbusse, par :***
***(X) Maître François AGARD***
***( ) Maître Robert VIGNER***
***( ) Maître Gérald BAENA, soussigné***

***SECOND ORIGINAL***

A :Monsieur CLUZEL Marc demeurant 34, avenue Julien Chadel 91210 DRAVEIL ou étant et parlant comme il est dit au procès-verbal de signification,

**RENVOI DERNIÈRE PAGE**

**A LA DEMANDE DE :** Diane K. Myers APS INTERNATIONAL LTD APS International Plaza 7800 GLENROY PLAZA MINNEAPOLIS MINNESOTA USA 55439 – 3122 USA,

Elisant domicile en notre Etude .

Nous vous signifions la liste des documents suivants en provenance des Etats Unis :

- SUMMONS IN A CIVIL CASE
- CONSOLIDATED COMPLAINTE FOR VIOLATIONS OF SECURITIES
- LAW
- SUMMARY OF THE DOCUMENT TO BE SERVED
- TRANSLATIONS

| Coût : | |
|---|---|
| Droit fixe | 89.00 € |
| TOTAL TTC | 89.00 € |

**SCEAU ET SIGNATURE DE L'HUISSIER DE JUSTICE**



S.C.P. AGARD - VIGNER - BAENA
HUISSIERS DE JUSTICE ASSOCIES
126 avenue Henri-Barbusse
91211 DRAVEIL CEDEX - BP 03
***COMPETENT SUR TOUT LE DEPARTEMENT***

***PAIEMENT EN LIGNE SECURISE 24h/24h :***
***www.paiement-huissier-draveil.com***
☎ 01 69 83 42 32 / FAX : 01 69 40 44 79
e-mail : scp.agard.vigner.baena@huissier-justice.fr

5901-2807 Référence à rappeler : 10-08-07-11473 / 180925

**PROCES-VERBAL DE SIGNIFICATION**

SIGNIFICATION D'UN ACTE EN PROVENANCE DES ETATS UNIS

---

Ce document à été remis :
PAR CLERC ASSERMENTE DONT LES MENTIONS SONT VISEES PAR MOI SUR L'ORIGINAL

---

Nous nous sommes rendus à la dernière adresse connue de : Monsieur CLUZEL Marc
le : 28 JUILLET 2008
afin de lui signifier un : SIGNIFICATION D'UN ACTE EN PROVENANCE DES ETATS UNIS
Où étant et constatant : Sur place j'ai rencontré divers voisins qui m'ont indiqué que l'intéressé n'habitait pas à l'adresse indiquée. Toutes les autres recherches entreprises, y compris celles par MINITEL, sont restées infructueuses.
Ces diligences n'ayant pas permis de retrouver le destinataire il peut être considéré sans domicile, ni résidence, ni lieu travail connus tant en France qu'à l'étranger.
En conséquence de quoi nous avons dressé le présent PROCES-VERBAL dont nous avons adressé au destinataire, à la dernière adresse connue, une copie par lettre recommandée avec demande d'avis de réception, à laquelle était jointe une copie de l'acte objet de la signification le 29 juillet 2008 numéro 2 C 003 216 7993 0.

Le même jour, nous en avons informé le destinataire par lettre simple.

Le tout conformément aux dispositions de l'article 659 du Nouveau Code de Procédure Civile.

Fait a DRAVEIL le 28 JUILLET 2008

---

Visées par moi les mentions relatives à la signification.

**FRANCOIS AGARD** **ROBERT VIGNER** **GERALD BAENA**

**COUT DE L'ACTE :**

| | |
|---|---|
| lettre LRAR | 89.00 |
| Total Euros TTC | 89.00 |
| Total Francs | 583.80 |

SCP AGARD-VIGNER-BAENA - Huissiers de Justice Associés 91210 DRAVEIL

S.C.P. AGARD - VIGNER - BAENA
HUISSIERS DE JUSTICE ASSOCIES
126 avenue Henri-Barbusse
91211 DRAVEIL CEDEX - BP 03
***COMPETENT SUR TOUT LE DEPARTEMENT***

***PAIEMENT EN LIGNE SECURISE 24h/24h :***
**www.paiement-huissier-draveil.com**
☎ 01 69 83 42 32 / FAX : 01 69 40 44 79

5901-0307

Référence à rappeler : 10-08-07-11473 / 1180925

# SIGNIFICATION D'UN ACTE EN PROVENANCE DES ETATS UNIS

**Transformé en P.V. de Vaines Recherche.**
**( Art. 659 N.C.P.C. )**

L'AN DEUX MILLE HUIT ET LE Vingt Huit JUILLET

***Nous, Société Civile Professionnelle " FRANCOIS AGARD, ROBERT VIGNER, GERALD BAENA ", titulaire d'un Office d'Huissier de Justice à la résidence de DRAVEIL (91211 Cédex), 126 avenue Henri-Barbusse, par :***
***( ) Maître François AGARD***
***( ) Maître Robert VIGNER***
***( ) Maître Gérald BAENA, soussigné***

***SECOND ORIGINAL***

A :Monsieur CLUZEL Marc demeurant 34, avenue Julien Chadel 91210 DRAVEIL ou étant et parlant comme il est dit au procès-verbal de signification,

**RENVOI DERNIÈRE PAGE .../**

**A LA DEMANDE DE :** Diane K. Myers APS INTERNATIONAL LTD APS International Plaza 7800 GLENROY PLAZA MINNEAPOLIS MINNESOTA USA 55439 – 3122 USA,

Elisant domicile en notre Etude .

Nous vous signifions la liste des documents suivants en provenance des Etats Unis :

- SUMMONS IN A CIVIL CASE
- CONSOLIDATED COMPLAINTE FOR VIOLATIONS OF SECURITIES
- LAW
- SUMMARY OF THE DOCUMENT TO BE SERVED
- TRANSLATIONS

| Coût : | |
|---|---|
| Droit fixe | 89.00 € |
| TOTAL TTC | 89.00 € |

**SCEAU ET SIGNATURE DE L'HUISSIER DE JUSTICE**



S.C.P. AGARD - VIGNER - BAENA
HUISSIERS DE JUSTICE ASSOCIES
126 avenue Henri-Barbusse
91211 DRAVEIL CEDEX - BP 03
***COMPETENT SUR TOUT LE DEPARTEMENT***

***PAIEMENT EN LIGNE SECURISE 24h/24h :***
***www.paiement-huissier-draveil.com***
☎ 01 69 83 42 32 / FAX : 01 69 40 44 79
e-mail : scp.agard.vigner.baena@huissier-justice.fr

5901-2807 Référence à rappeler : 10-08-07-11473 / 180925

# PROCES-VERBAL DE SIGNIFICATION

## SIGNIFICATION D'UN ACTE EN PROVENANCE DES ETATS UNIS

Ce document à été remis :
PAR CLERC ASSERMENTE DONT LES MENTIONS SONT VISEES PAR MOI SUR L'ORIGINAL

Nous nous sommes rendus à la dernière adresse connue de : Monsieur CLUZEL Marc
le : 28 JUILLET 2008
afin de lui signifier un : SIGNIFICATION D'UN ACTE EN PROVENANCE DES ETATS UNIS
Où étant et constatant : Sur place j'ai rencontré divers voisins qui m'ont indiqué que l'intéressé n'habitait pas à l'adresse indiquée. Toutes les autres recherches entreprises, y compris celles par MINITEL, sont restées infructueuses.
Ces diligences n'ayant pas permis de retrouver le destinataire il peut être considéré sans domicile, ni résidence, ni lieu travail connus tant en France qu'à l'étranger.
En conséquence de quoi nous avons dressé le présent PROCES-VERBAL dont nous avons adressé au destinataire, à la dernière adresse connue, une copie par lettre recommandée avec demande d'avis de réception, à laquelle était jointe une copie de l'acte objet de la signification le 29 juillet 2008 numéro 2 C 003 216 7993 0.

Le même jour, nous en avons informé le destinataire par lettre simple.

Le tout conformément aux dispositions de l'article 659 du Nouveau Code de Procédure Civile.

Fait a DRAVEIL le 28 JUILLET 2008

Visées par moi les mentions relatives à la signification.

**FRANCOIS AGARD** **ROBERT VIGNER** **GERALD BAENA**

**COUT DE L'ACTE :**

| | |
|---|---|
| lettre LRAR | 89.00 |
| Total Euros TTC | 89.00 |
| Total Francs | 583.80 |



APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: New York

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

## *DEMANDE*
## *AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| **Identity and address of the applicant** <br> *Identité et adresse du requérant* | **Address of receiving authority** <br> *Adresse de l'autorité destinataire* |
|---|---|
| **Diane K. Myers** <br> **APS INTERNATIONAL, LTD** <br> **APS International Plaza** <br> **7800 Glenroy Road** <br> **Minneapolis, Minnesota 55439-3122** <br> **U.S.A.** <br> **Tel. 952.831.7776 Fax: 952.831.8150** <br> **Email: DMyers@CivilActionGroup.com** | **MINISTERE DE LA JUSTICE** <br> **(Bureau de l'Entraide judiciare intl)** <br> **13, place Vendôme** <br> **Paris Cedex 01** <br> <br> **75042** <br> **France** |




**The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e., (identity and address)**

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

*(identité et adresse)* Marc Cluzel
34 Avenue Julien Chadel, Draveil, France, 91210
Tel:

[ ] **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.***
*a) selon les formes légales (article 5, alinéa premier, lettre a).*

[X] **(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:**
*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):* En remettant les documents à un huissier, qui se chargera de les signifier à Marc Cluzel. Le Défendeur ne doit pas avoir l'option de refuser la signification. Un chèque d'un montant de 89.00 euro pour couvrir les honoraires de l'huissier est inclus.

[ ] **(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.**
*c) le cas échéant, par remise simple (article 5, alinéa 2).*

**The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.**
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

Summons in a Civil Case
Consolidated Complaint for Violations of Securities Laws
Summary of the Document to Be Served
Translations

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

**Done at** *Fait à* Minneapolis, Minnesota, U.S.A., **the** *le* 6-2-08

**Signature and/or stamp.**
*Signature et/ou cachet.*

Diane K Myers

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used) USM-94 (Est. 11/22/77)

*** Delete if inappropriate.**
*Rayer les mentions inutiles*

Case Name: In re Sanofi-Aventis Securities Litigation
Defendant: Marc Cluzel
Court Case No.: 1:07-cv-10279-GBD

**CERTIFICATE**
***ATTESTATION***

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1) that the document has been served***
*1. que la demande a été exécutée*

- **the (date)**
  *- le (date)* ____________________
- **at (place, street, number)**
  *- à (localité, rue numéro)* ____________________

____________________

- **in one of the following methods authorised by article 5-**
  *- dans une des formes suivantes prévues à l'article 5:*
  - [ ] **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.**
    *a) selon les formes légales (article 5, alinéa premier, lettre a).*
  - [ ] **(b) in accordance with the following particular method*:**
    *b) selon la forme particuliére suivante:* ____________________

    ____________________
  - [ ] **(c) by delivery to the addressee, who accepted it voluntarily.***
    *c) par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*

- **(identity and description of person)**
  *- (identité et qualité de la personne)* ____________________

  ____________________
- **relationship to the addressee (family, business or other):**
  *- liens de parenté, de subordination o autres, avec le destinataire de l'acte:* ____________________

  ____________________

**2) that the document has not been served, by reason of the following facts*:**
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

____________________
____________________
____________________

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS: Summons in a Civil Case, Consolidated Complaint for Violations of Securities Laws, Summary of the Document to Be Served, Translations**

**Annexes**
*Annexes*
**Documents returned:**
*Piéces renvoyées:*

____________________
____________________
____________________

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

____________________
____________________
____________________

**Done at** , **the**
*Fait à* ____________________ *, le* ____________________

**Signature and/or stamp.**
*Signature et/ou cachet.*

____________________

* **Delete if inappropriate.**
***Rayer les mentions inutiles.***

9/29

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

In re SANOFI-AVENTIS SECURITIES LITIGATION

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 07-cv-10279-GBD

TO: (Name and address of Defendant)

Marc Cluzel
34 Avenue Julien Chadel
Draveil, France 91210

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

G Served personally upon the defendant. Place where ______________________

G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were ______________________

G Returned ______________________

G Other ______________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________

Date *Signature of Server*

______________________

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.