UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: SANOFI-AVENTIS SECURITIES LITIGATION | 07-CV-10279 (GBD) |
| | CLASS ACTION |
| This document relates to:<br><br>ALL ACTIONS | ECF CASE |

**DEFENDANTS GÉRARD LE FUR AND MARC CLUZEL'S JOINDER IN THE MOTION TO DISMISS THE AMENDED COMPLAINT FILED BY DEFENDANTS SANOFI-AVENTIS AND DOUGLAS GREENE**

Defendants Gérard Le Fur and Marc Cluzel respectfully join in the motion by defendants sanofi-aventis ("sanofi") and Douglas Greene to dismiss the amended complaint filed by lead plaintiffs City of Edinburgh Council of the Lothian Pension Fund and New England Carpenters Guaranteed Annuity Fund in the above-captioned action (the "Amended Complaint"), filed on June 30, 2008, Docket No. 23.  To avoid duplication, defendants Gérard Le Fur and Marc Cluzel incorporate by reference the Memorandum Of Law In Support Of Defendants' Motion To Dismiss The Amended Complaint, Docket No. 27, the Declaration Of S. Christopher Provenzano In Support Of Defendants' Motion To Dismiss The Amended Complaint and the exhibits thereto, Docket Nos. 24-26, and any subsequent filings in support of the motion.

**CONCLUSION**

For the reasons expressed in the Memorandum Of Law In Support Of Defendants' Motion To Dismiss The Amended Complaint, Docket No. 27, the Amended Complaint should be dismissed with prejudice in its entirety with respect to all defendants, including defendants Gérard Le Fur and Marc Cluzel.

Dated: September 10, 2008

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: ___/s Lewis J. Liman___
    Lewis J. Liman, Esq.

One Liberty Plaza
New York, New York, 10006
T: (212) 225-2000
F: (212) 225-3999

Attorneys for defendants sanofi-aventis, Douglas Greene, Hanspeter Spek, Jean-Claude Leroy, Gérard Le Fur, and Marc Cluzel

Of Counsel:
  S. Christopher Provenzano