UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: SANOFI-AVENTIS SECURITIES LITIGATION | 07-CV-10279 (GBD) |
| | CLASS ACTION |
| This document relates to: | ECF CASE |
| ALL ACTIONS | CERTIFICATE OF SERVICE |

I, Richard V. Conza, an attorney admitted to practice in the State of New York and

the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 10th day of September 2008, Defendant Gérard Le Fur and Marc Cluzel's

Joinder in the Motion to Dismiss the Amended Complaint filed by Defendants Sanofi-Aventis and

Douglas Greene was served by Federal Express and by E-mail, as indicated, upon:

### BY FEDERAL EXPRESS

Samuel H. Rudman
Coughlin Stoia Geller Rudman & Robins LLP
58 South Service Road, Suite 200
Melville, New York 11747

Trig R. Smith
Coughlin Stoia Geller Rudman & Robins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301

### BY EMAIL

trigS@csgrr.com, "Tor Gronborg" <TorG@csgrr.com>,
"Laurie Largent" <LLargent@csgrr.com>,
Tremblay@csgrr.com

Dated:   New York, New York
         September 10, 2008

_____
Richard V. Conza