USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 9/26/09

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

IN RE SANOFI-AVENTIS SECURITIES LITIGATION

--------------------------------------------------------------X

07 **CIVIL** 10279(GBD)
08 **CIVIL** 00021(GBD)

# JUDGMENT

Defendants having moved to dismiss plaintiffs' claims pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on September 25, 2009, having rendered its Memorandum Opinion and Order granting defendants' motion to dismiss, and dismissing plaintiff's claims, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 25, 2009, defendants' motion to dismiss is granted, and plaintiff's claims are dismissed.

**Dated:** New York, New York
September 26, 2009

**J. MICHAEL McMAHON**

______________________
**Clerk of Court**

**BY:** ______________________
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON ____________