```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

IN RE SANOFI-AVENTIS SECURITIES LITIGATION       :

                                                                                                                                                           : MEMORANDUM OPINION
                                                                                                                                                            : AND ORDER

       : 07-cv-10279 (GBD)

------------------------------------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

      Plaintiffs move for reconsideration of this Court's September 25, 2009 Order dismissing Plaintiffs' Consolidated Complaint for failure to allege any actionable false statements or material omissions and to adequately allege an inference of Defendants' scienter. Plaintiffs ask the Court to grant Plaintiffs the opportunity to file its Proposed First Amended Complaint. Plaintiffs' Proposed First Amended Complaint cures the fatal deficiencies in the Consolidated Complaint and adequately pleads violations of the federal securities laws.

      Plaintiff's motion for reconsideration is granted. Plaintiff's request for leave to file its Proposed First Amended Complaint is granted.

Dated: July 27, 2010
New York, New York

                                                                       SO ORDERED:

                                                                      *George B. Daniels*
                                                              GEORGE B. DANIELS
                                                              United States District Judge