UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

IN RE SANOFI-AVENTIS SECURITIES LITIGATION

:   MEMORANDUM OPINION
:   AND ORDER
:   07-cv-10279 (GBD)
:

------------------------------------------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

    A court conference is scheduled on October 5, 2010 at 10:00am.

Dated: August 20, 2010
       New York, New York

                                SO ORDERED:

                                *George B. Daniels*
                                GEORGE B. DANIELS
                                United States District Judge

*[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 2 0 AUG 2010]*