UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re SANOFI-AVENTIS SECURITIES LITIGATION | Civil Action No. 1:07-cv-10279-GBD |
| | CLASS ACTION |
| This Document Relates To: | **ECF CASE** |
| ALL ACTIONS. | |

NOTICE OF UNOPPOSED MOTION FOR ISSUANCE OF LETTER OF REQUEST, APPOINTMENT OF COMMISSIONER AND DIRECTION OF SUBMISSION OF HAGUE CONVENTION APPLICATION

843069_1

PLEASE TAKE NOTICE that, upon the Declaration of Laurie L. Largent in Support of Plaintiff's Motion for Issuance of Letter of Request, Appointment of Commissioner and Direction of Submission of Hague Convention Application, filed by Plaintiff Hawaii Annuity Trust for Operating Engineers, Plaintiff will move this Court, before the Honorable Frank Maas, United States District Court for the Southern District of New York, 500 Pearl Street, Room 20A, New York, New York 10007, at a date and time to be determined by this Court, for an order, pursuant to 28 U.S.C. §1781 and the Hague Convention of 18 March 1970 on Taking of Evidence Abroad in Civil or Commercial Matters (the "Hague Convention"), issuing a Letter of Request directed to the Ministère de la Justice, Direction des Affaires Civiles et du Sceau, Bureau de l'entraide civile et commerciale internationale (D3), 13, Place Vendôme, 75042 Paris Cedex 01, France (the "Ministère de la Justice"), appointing a Commissioner pursuant to Article 17 of the Hague Convention, and directing submission of the order and Letter of Request to the Ministère de la Justice.

DATED:  June 19, 2013
ROBBINS GELLER RUDMAN
  & DOWD LLP
TOR GRONBORG
TRIG R. SMITH
LAURIE L. LARGENT
L. DANA MARTINDALE
SUSANNAH R. CONN


                    s/ LAURIE L. LARGENT
                    LAURIE L. LARGENT

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
torg@rgrdlaw.com
trigs@rgrdlaw.com
llargent@rgrdlaw.com
dmartindale@rgrdlaw.com
sconn@rgrdlaw.com

843069_1

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

Lead Counsel for Plaintiffs

843069_1

CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 19, 2013.

s/ LAURIE L. LARGENT
LAURIE L. LARGENT

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  llargent@rgrdlaw.com

- 1 -

843069_1

# Mailing Information for a Case 1:07-cv-10279-GBD-FM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Susannah R Conn**
  sconn@rgrdlaw.com

- **Tor Gronborg**
  torg@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Laurie L. Largent**
  llargent@rgrdlaw.com

- **Lewis J. Liman**
  lliman@cgsh.com,maofiling@cgsh.com,mvogele@cgsh.com,sshapiro@cgsh.com,gmokodean@cgsh.com

- **L. Dana Martindale**
  dmartindale@rgrdlaw.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Evan J. Smith**
  esmith@brodsky-smith.com

- **Trig Randall Smith**
  trigs@rgrdlaw.com,stremblay@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)