# EXHIBIT A-3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re SANOFI-AVENTIS SECURITIES LITIGATION | : : : : : : : : | Civil Action No. 1:07-cv-10279-GBD <br><br> CLASS ACTION <br><br> **ECF CASE** |
| This Document Relates To: <br><br> ALL ACTIONS. | | |

SUMMARY NOTICE

EXHIBIT A-3

858944_1

TO:   ALL PERSONS WHO PURCHASED SANOFI-AVENTIS SA ("SANOFI") AMERICAN DEPOSITORY RECEIPTS ("ADRs") DURING THE TIME PERIOD FEBRUARY 24, 2006 THROUGH JUNE 13, 2007 (THE "CLASS PERIOD"), INCLUSIVE

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Southern District of New York, that a hearing will be held on _____, 2013, at ___:___ __.m., before the Honorable George B. Daniels, United States District Judge, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 11A, New York, New York 10007, for the purpose of determining: (1) whether the proposed settlement of the claims in the Litigation for the principal amount of $40,000,000.00 should be approved by the Court as fair, reasonable, and adequate; (2) whether a Final Judgment and Order of Dismissal with Prejudice should be entered by the Court dismissing the Litigation with prejudice; (3) whether the Plan of Allocation is fair, reasonable, and adequate and should be approved; and (4) whether the application of Plaintiff's counsel for the payment of attorneys' fees and expenses and the Representative Plaintiffs' expenses in connection with this Litigation should be approved.

IF YOU PURCHASED ANY SANOFI ADRs DURING THE TIME PERIOD FROM FEBRUARY 24, 2006 THROUGH JUNE 13, 2007, INCLUSIVE, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS LITIGATION, INCLUDING THE RELEASE AND EXTINGUISHMENT OF CLAIMS YOU MAY POSSESS RELATING TO YOUR PURCHASE OF SANOFI ADRs DURING THE CLASS PERIOD.  If you have not received a detailed Notice of Pendency of Class Action and Proposed Settlement, Motion for Attorneys' Fees and Settlement Fairness Hearing ("Notice") and a copy of the Proof of Claim form, you may obtain copies by writing to *Sanofi-Aventis Securities Litigation*, Claims Administrator, c/o Gilardi & Co. LLC, P.O. Box 990, Corte Madera, CA 94976-0990, or on the Internet at www.gilardi.com.  If you

are a Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim **no later than** _____, establishing that you are entitled to recovery.

If you purchased Sanofi ADRs and you desire to be excluded from the Class, you must submit a request for exclusion postmarked no later than _____, in the manner and form explained in the detailed Notice referred to above. All Members of the Class who do not timely and validly request exclusion from the Class will be bound by any judgment entered in the Litigation pursuant to the Settlement Agreement.

Any objection to the settlement must be received by each of the following recipients **no later than** _____:

    CLERK OF THE COURT
    UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
    Daniel Patrick Moynihan United States Courthouse
    500 Pearl Street
    New York, NY 10007

    *Class Counsel:*

    ROBBINS GELLER RUDMAN & DOWD LLP
    TOR GRONBORG
    ELLEN GUSIKOFF STEWART
    TRIG SMITH
    LAURIE LARGENT
    655 W. Broadway, Suite 1900
    San Diego, CA 92101

    *Counsel for Defendants:*

    CLEARY GOTTLIEB STEEN & HAMILTON LLP
    LEWIS LIMAN
    AVRAM LUFT
    One Liberty Plaza
    New York, NY 10006

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE**.  If you have any questions about the settlement, you may contact Class Counsel at the address listed above.

DATED: _____  BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK