UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



———————————————————— x
In re SANOFI-AVENTIS SECURITIES       :   Civil Action No. 1:07-cv-10279-GBD
LITIGATION                            :
                                      :   CLASS ACTION
———————————————————— :
                                      :   **ECF CASE**
This Document Relates To:             :
                                      :
    ALL ACTIONS.                      :
                                      :
———————————————————— x

▇▇▇▇▇▇▇ ORDER AWARDING ATTORNEYS' FEES AND EXPENSES AND AN
AWARD TO PLAINTIFFS PURSUANT TO 15 U.S.C. §78u-4(a)(4)

903068_1

This matter having come before the Court on January 9, 2014, on the motion of Class Counsel for an award of attorneys' fees and expenses and an award to Plaintiffs for time and expenses incurred in the action, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable and adequate, and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Order incorporates by reference the definitions in the Settlement Agreement dated September 19, 2013 (the "Stipulation") and all capitalized terms used, but not defined herein, shall have the same meanings as set forth in the Stipulation.

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Class who have not timely and validly requested exclusion.

3. The Court hereby awards Class Counsel attorneys' fees of 27.5% of the Settlement Fund, plus expenses in the amount of $769,662.25, together with the interest earned on both amounts for the same time period and at the same rate as that earned on the Settlement Fund until paid. The Court finds that the amount of fees awarded is appropriate and that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method.

4. The fees and expenses shall be allocated among other counsel for any named plaintiff or the Class in a manner which, in Class Counsel's good-faith judgment, reflects each such counsel's contribution to the institution, prosecution, and resolution of the litigation.

5. The awarded attorneys' fees and expenses and interest earned thereon, shall immediately be paid to Class Counsel subject to the terms, conditions, and obligations of the

Stipulation, and in particular ¶7.2 thereof, which terms, conditions, and obligations are incorporated herein.

6. The Court finds that, pursuant to 15 U.S.C. §78u-4(a)(4), an award of $28,687.50 to Hawaii Annuity Trust for Operating Engineers and $16,300 to New England Carpenters Guaranteed Annuity Fund is appropriate.

7. The Court, having reviewed the objection to the fee award filed by Jeffrey M. Brown, finds that Mr. Brown failed to establish he is a Member of the Class and thus lacks standing to object. Even if the Court were to consider the objection, it is without merit and, therefore, overruled in its entirety.

IT IS SO ORDERED.

DATED: 1/22/2014

THE HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2013, I submitted the foregoing to judgments@nysd.uscourts.gov and e-mailed to the e-mail addresses denoted on the Court's Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 30, 2013.

s/ Tor Gronborg
TOR GRONBORG

ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: torg@rgrdlaw.com

903068_1