UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re SANOFI-AVENTIS SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Civil Action No. 1:07-CV-10279-GBD<br><br><u>CLASS ACTION</u><br><br>**ECF CASE** |

**NOTICE OF APPEAL**

      Notice is hereby given that Objector Jeffrey M. Brown, in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Order Approving Plan of Allocation of Settlement Proceeds (Docket No. 280) and Final Judgment and Order of Dismissal with Prejudice [Docket No. 281], entered in this action on January 22, 2014.

Dated:  February 21, 2014        By: <u>/s/ Forrest S. Turkish</u>
                                                    Forrest S. Turkish (FT1197)

                                                Law Office of Forrest S. Turkish
                                                595 Broadway
                                                Bayonne, NJ 07002
                                                Phone: (201) 339-8866
                                                Fax: (201) 339-8456
                                                Email: <u>fsturkish@aol.com</u>
                                                Attorney for Objector Jeffrey M. Brown

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 21, 2014, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Southern District of New York by using the USDC CM/ECF system.

  I certify that all participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF system.

             ____/s/ Forrest S. Turkish_____
             Forrest S. Turkish
             Attorney for Objector