**MANDATE**

N.Y.S.D. Case # 07-cv-10279(GBD)

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT
_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 11th day of March, two thousand and fourteen,

_____

City of Edinburgh Council on Behalf of the Lothian Pension Fund, New England Carpenters Guaranteed Annuity Fund,

Lead Plaintiffs - Appellees,

City of Taylor General Employees Retirement System, on behalf of itself and all others similarly situated, Hawaii Annuity Trust for Operating Engineers,

Plaintiffs - Appellees,

Carrie Smith,

Consolidated Plaintiff - Appellee,

v.

Sanofi-Aventis, Jean-Francois Dehecq, Gerard Le Fur, Hanspeter Spek, Marc Cluzel, Jean-Pierre Lehner, Douglas A. Greene, Jean-Claude Leroy,

Defendants - Appellees,

v.

Jeffrey M. Brown,

Objector - Appellant.
_____

ORDER
Docket Number: 14-542

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 18, 2014

A notice of appeal was filed on February 21, 2014. The filing fee of $505.00 was due to be paid to the district court by March 10, 2014. The case is deemed in default.

**MANDATE ISSUED ON 4/18/14**

Instructions for moving for *in forma pauperis* status are provided in the Court's instructions entitled "*How to Appeal a Civil Case in the United States Court of Appeals for the Second Circuit*". The manual and the forms required to file the motion were mailed to appellant at the beginning of the case. They are also available on the Court's website www.ca2.uscourts.gov.

IT IS HEREBY ORDERED that the appeal is dismissed effective **March 25, 2014** unless by that date appellant either pays the fee in full, moves for *in forma pauperis* status in district court or, if district court has denied *in forma pauperis* status, moves in this Court for *in forma pauperis* status. If appellant has filed the motion in district court and the motion is pending, appellant must so advise this Court in writing by the same date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit